Thomas PULLEN, et al., Appellants,

v.

**FILIPINO ASSOCIATION OF GREATER ST. LOUIS, et al., Respondents.**

No. 47909.

Missouri Court of Appeals, Eastern District, Division Three.

Sept. 11, 1984.

Terrance L. Farris, Clayton, for appellants.

Bernard Joseph Coogan, Bridgeton, for respondents.

ORDER

PER CURIAM.

Plaintiffs appeal from an adverse ruling by the trial court in their action for an injunction and a declaratory judgment. The request of defendants for damages pursuant to Rule 84.19 is denied. The judgment of the trial court is affirmed. Rule 84.16(b).